JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; HOUSE OF CASH, INC.; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY LLC; CROMPTON SONGS; EMBASSY MUSIC CORPORATION; BEECHWOOD MUSIC CORPORATION; SONY/ATV LATIN MUSIC PUBLISHING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EVENTSSB, LLC d/b/a M8RX NIGHTCLUB & LOUNGE a/k/a MATRIX NIGHTCLUB & LOUNGE and MARK ANTHONY LAWRENCE, individually,<br><br>Defendants. | Case No. 2:19-cv-02614 AB (PLAx)<br><br>[PROPOSED] ORDER ON STIPULATION TO DISMISS WITH PREJUDICE |

Plaintiffs, Broadcast Music, Inc., House of Cash, Inc., Sony/ATV Songs LLC, The Bernard Edwards Company LLC, Crompton Songs, Embassy Music Corporation, Beechwood Music Corporation and Sony/ATV Latin Music Publishing LLC (collectively, "Plaintiffs"), and Defendants EventsSB, LLC d/b/a M8RX Nightclub & Lounge a/k/a Matrix Nightclub & Lounge and Mark Anthony Lawrence (collectively, "Defendants"), jointly submitted a stipulation re dismissal with prejudice.

Good cause appearing therefor, IT IS HEREBY ORDERED:

(1) The claims and causes of action alleged against Defendant are hereby dismissed WITH PREJUDICE.

(2) The Court will retain jurisdiction to enforce the Settlement Agreement.

IT IS SO ORDERED.

Dated: July 22, 2019

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE